**No. 59171.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 195304–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of transformers of the same kind in all material respects as those the subject of Abstract 57622, the claim of the plaintiff was sustained.

**No. 59172.**—Sambolin & Figueroa (Porto Radio Company) *v.* United States, protest 208766–K (San Juan, P. R.).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Milton Diamond and Massce-Barnett Co., Inc.* (42 C. C. P. A. 9, C. A. D. 561), the claim of the plaintiff was sustained.

**No. 59173.**—Wood, Niebuhr & Co. *v.* United States, protest 240388–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of smoked sardines, packed in oil, but neither skinned nor boned, and valued at over 18 but not over 23 cents per pound, including the weight of the immediate container, the claim of the plaintiff was sustained.

**No. 59174.**—W. Pearce & Brothers, Inc. *v.* United States, protest 245890–K (New York).

Opinion by WILSON, J. At the trial, Government counsel conceded that the classification made by the collector was in error and that the merchandise is properly classifiable as rough vegetable-tanned sheepskin. On the record presented, the claim of the plaintiff was sustained.